PETER C. ANDERSON
United States Trustee
Kenneth M. Misken (SBN 349167)
Assistant United States Trustee
Office of the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: (714) 338-3400
Kenneth.m.misken@usdoj.gov



FILED & ENTERED

FEB 18 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>NADER MIKHAIL<br>HALLA ANTOUN MIKHAIL<br><br>          Debtors. | Case Number 8:25-bk-10533-SC<br><br>Chapter 7<br><br>ORDER GRANTING MOTION TO EXTEND THE BAR DATE FOR FILING A COMPLAINT OBJECTING TO DEBTORS' DISCHARGE PURSUANT TO 11 U.S.C. § 727<br><br>DATE:     February 17, 2026<br>TIME:     11:00 a.m.<br>CTRM:   5C- Virtual<br>           411 W. 4th Street<br>           Santa Ana, CA 92701 |

A hearing was held on February 17, 2026, at 11:00 a.m. or soon thereafter before the Honorable Scott Clarkson, United States Bankruptcy Court, 411 West Fourth Street, Santa Ana, CA on the United States Trustee's Motion to Extend the Bar Date for Filing a Complaint Objecting to Debtors' Discharge Pursuant to 11 U.S.C. § 727 [Docket # 76]. All appearances are noted on the record and with good cause shown,

//

**IT IS ORDERED:**

    1.     The Motion is granted; and

    2.     The deadline for filing a complaint objecting to the Debtors' discharge pursuant to 11 U.S.C. § 727 is extended through and to May 1, 2026 for the United States Trustee only.

###

Date: February 18, 2026

Scott C. Clarkson
United States Bankruptcy Judge