PETER C. ANDERSON
United States Trustee
Kenneth M. Misken (SBN 349167)
Assistant United States Trustee
Office of the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: (714) 338-3400
Kenneth.m.misken@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>NADER MIKHAIL<br>HALLA ANTOUN MIKHAIL<br><br>              Debtors. | Case Number 8:25-bk-10533-SC<br><br>Chapter 7<br><br>NOTICE OF MOTION AND MOTION TO EXTEND THE BAR DATE FOR FILING A COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727; DECLARATION OF KENNETH M. MISKEN IN SUPPORT<br><br>DATE: June 2, 2026<br>TIME:  11:00 a.m.<br>CTRM: 5C[1]- Virtual<br>        411 W. 4th Street<br>        Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, CHAPTER 7 TRUSTEE, AND ALL PARTIES IN INTEREST**:

**NOTICE IS HEREBY GIVEN** that on the above date and time, or soon as thereafter as the matter may be heard in Courtroom 5C, United States Bankruptcy Court for

---

[1] Accessibility information will be posted into the Court's tentative ruling prior to the hearing.  Parties can obtain such accessibility information on Judge Clarkson's posted hearing calendar which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

1

the Central District of California, Santa Ana Division, located at 411 W. 4th Street, Santa Ana, California, the United States Trustee (the "U.S. Trustee") shall and hereby does move for this Court to enter an order, pursuant to Federal Rule of Bankruptcy Procedure 4004(b), extending the deadline for the U.S. Trustee to file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727 through and to July 2, 2026, based on the facts set forth in the attached Memorandum of Points and Authorities.

This motion is based upon the Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the attached Declaration, the entire record in this case, and such other evidence and argument as is presented at the time of the hearing.

If you wish to respond to or oppose this motion, you must file a written response and serve your response or opposition FOURTEEN (14) days before the scheduled hearing and in compliance with Local Rule 9013-1(f) and (h). A copy of the response or opposition must be served on the Office of the United States Trustee at 411 West Fourth Street, Suite 7160, Santa Ana, California, 92701-8000 and the Chapter 7 Trustee. If you fail to file a response to this motion within such time, the Court may treat such failure as a waiver of your right to oppose the motion and may grant the relief requested.

Dated: April 28, 2026                    Respectfully Submitted,


                                         PETER C. ANDERSON
                                         UNITED STATES TRUSTEE

                                         /s/ Kenneth M. Misken
                                         Kenneth M. Misken
                                         Assistant United States Trustee

2

## **Memorandum of Points and Authorities**

Pursuant to Federal Rule of Bankruptcy Procedure 4004(b), the United States Trustee (the "U.S. Trustee") requests the Court to enter an order extending the deadline for the U.S. Trustee to file a complaint objecting to discharge under § 727 through and to July 2, 2026, for the following reasons:

A.      On February 28, 2025, the Debtors filed a voluntary Chapter 7 petition in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, assigned case no. 8:25-bk-10533-SC. *See* Declaration of Kenneth M. Misken ("Misken Decl.") at ¶ 2.

B.      On February 28, 2025, the Debtor filed his Schedules and Statement of Financial Affairs ("SOFA"). *See* Misken Decl. at ¶ 3

C.      The initial meeting of creditors was scheduled for April 2, 2025, and has been continued numerous times, with the last meeting of creditors held on January 7, 2025. *See* Misken Decl. at ¶ 4.

D.      On May 14, 2025, the Chapter 7 Trustee filed the stipulation extending time for the Chapter 7 Trustee and the Office of the United States Trustee to object to the Debtors' discharge pursuant to 11 U.S.C. § 727.  The Court entered an order approving the stipulation on May 16, 2025, extending the deadline to August 4, 2025. Misken Dec. at ¶ 5.

E.      On July 14, 2025, the Chapter 7 Trustee filed the second stipulation extending time for the Chapter 7 Trustee and the Office of the United States Trustee to object to the Debtors' discharge. The Court entered an order on July 15, 2025, extending the deadline to November 3, 2025. Misken Dec. at ¶ 6.

F.      On October 28, 2025, the Chapter 7 Trustee filed the third stipulation extending time for the Chapter 7 Trustee and the Office of the United States Trustee to object to the Debtors' discharge. The Court entered an order on October 29, 2025, extending the deadline to January 16, 2026. Misken Dec. at ¶ 7.

G.     On January 15, 2026, the United States Trustee filed his motion to extend the time to object to the Debtor's discharge. On February 18, 2026, the Court entered an order extending the deadline to May 1, 2026. Misken Dec. at ¶ 8.

H.     The current deadline for the United States Trustee to file a complaint objecting to the Debtors' discharge is May 1, 2026.  *See* Misken Decl. at ¶ 9.

I.     The U.S. Trustee needs additional time to investigate the Debtors' transactions, namely approximately $800,000 in SBA Loan proceeds and the Debtors' personal use of those proceeds, the scheduled value of their real property and the amount of the liens against that real property, amounts transferred to a Robinhood account and the disposition of those funds, and to determine if the Debtor is entitled to a discharge. The requested extension to July 2, 2026, should allow the U.S. Trustee sufficient time complete his investigation and to make any appropriate filings with the Court.  The U.S. Trustee anticipates filing a Rule 2004 motion.

J.     Bankruptcy Rule 4004(b) provides that "[o]n a party in interest's motion and after notice and a hearing, the court may, for cause, extend the time to object a discharge. The motion must be filed before the time has expired." For the reasons stated above, cause exists to extend the deadline to July 2, 2026. Moreover, this motion is timely since it was filed before the current expiration date of May 1, 2026.

//
//
//
//
//
//
//
//

### **Conclusion**

WHEREFORE, the U.S. Trustee respectfully requests the Court to enter an order extending the deadline for the U.S. Trustee to file a complaint objecting to discharge under 11 U.S.C. § 727 through and to July 2, 2026.

Dated: April 28, 2026                            Respectfully Submitted,

                                                          PETER C. ANDERSON
                                                          UNITED STATES TRUSTEE

                                                          /s/ Kenneth M. Misken
                                                          Kenneth M. Misken
                                                          Assistant United States Trustee

## **DECLARATION OF KENNETH MISKEN**

I, Kenneth Misken, hereby declare and state as follows:

1.     I am Assistant United States Trustee for Santa Ana. I represent the United States Trustee ("U.S. Trustee") in the matter of *In Nader Mikhail* and *Halla Antoun Mikhail* (the "Debtors"), case no. 8:25-bk-10533-SC and make this declaration in support of the U.S. Trustee's motion to extend the U.S. Trustee's bar date for filing a complaint objecting to Debtor's discharge.

2.     On February 28, 2025, the Debtors filed a voluntary Chapter 7 petition in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, assigned case no. 8:25-bk-10533-SC.

3.     On February 28, 2025, the Debtor filed their Schedules and Statement of Financial Affairs ("SOFA").

4.     The initial meeting of creditors was scheduled for April 2, 2025, and has been continued numerous times, with the last meeting of creditors held on January 7, 2026.

5.     On May 14, 2025, the Chapter 7 Trustee filed the stipulation extending time for the Chapter 7 Trustee and the Office of the United States Trustee to object to the Debtors' discharge pursuant to 11 U.S.C. § 727.  The Court entered an order approving the stipulation on May 16, 2025, extending the deadline to August 4, 2025.

6.     On July 14, 2025, the Chapter 7 Trustee filed the second stipulation extending time for the Chapter 7 Trustee and the Office of the United States Trustee to object to the Debtors' discharge. The Court entered an order on July 15, 2025, extending the deadline to November 3, 2025.

7.     On October 28, 2025, the Chapter 7 Trustee filed the third stipulation extending time for the Chapter 7 Trustee and the Office of the United States Trustee to object to the Debtors' discharge. The Court entered an order on October 29, 2025, extending the deadline to January 16, 2026.

8.      On January 15, 2026, the United States Trustee filed his motion to extend the time to object to the Debtor's discharge. On February 18, 2026, the Court entered an order extending the deadline to May 1, 2026.

9.      The current deadline for the United States Trustee to file a complaint objecting to the Debtors' discharge is May 1, 2026.

I declare under the penalty of perjury and under the laws of the State of California and the United States of America that the foregoing is true and correct, and if called as a witness I could and would completely testify thereto.

Dated: April 28, 2026                    /s/ Kenneth M. Misken
                                         Kenneth M. Misken
                                         Assistant United States Trustee

7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
OFFICE OF THE UNITED STATES TRUSTEE, 411 West Fourth St., Suite 7160, Santa Ana, CA 92701

A true and correct copy of the foregoing NOTICE OF MOTION AND MOTION TO EXTEND THE BAR DATE FOR FILING A COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727; DECLARATION OF KENNETH M. MISKEN IN SUPPORT

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 28, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Elan S Levey**    elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Anne C Manalili**    anne.manalili@sba.gov
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Karen S Naylor (TR)**    alane@ringstadlaw.com, knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Nanette D Sanders**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**: On **April 28, 2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Halla Antoun Mikhail and Nader Mikhail**
28591 Mill Pond
Mission Viejo, CA 92692

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 28, 2026,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

HONORABLE SCOTT CLARKSON- BIN ON THE 5TH FL.
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
DATED: 4/28/2026                    Tari King            *s/s Tari King*

**1**

PETER C. ANDERSON
United States Trustee
Kenneth M. Misken, SBN 349167
Assistant United States Trustee
Office of the U.S. Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: 714-338-3400
Kenneth.M.Misken@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In Re: | CASE NUMBER:  8:25-bk-10533-SC |
| NADER MIKHAIL AND HALLA ANTOUN MIKHAIL | CHAPTER 7 |
| | NOTICE OF HEARING |
| Debtors | |

TO THE HONORABLE SCOTT CLARKSON AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that the following hearing will be held on
**June 2, 2026, at 11:00 am. in Courtroom 5C – Virtual** (Accessibility information will be posted into the Court's tentative ruling prior to the hearing), located at 411 West Fourth Street, Santa Ana, CA 92701

***NOTICE OF MOTION AND MOTION TO EXTEND THE BAR DATE FOR FILING A COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727; DECLARATION OF KENNETH M. MISKEN IN SUPPORT***

The Court will conduct the hearing using ZoomGov audio and video technology. Hearing

participants and members of the public may participate in and/or observe the hearing using ZoomGov.

//

//

**For more information on appearing before Judge Clarkson by ZoomGov, please see the "Notice Re Telephonic Appearance Procedures for Judge Scott C. Clarkson's Cases" on the Court's website at: https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson under the "Telephonic Instructions" section.**

Objections, if any, to the above shall be in writing and filed with the Court and served upon the court party named in the upper left-hand corner of this notice at least fourteen (14) days prior to the hearing date.  See Local Bankruptcy Rule 9013-1(f)&(h)

DATED: 4/28/26                                 KATHLEEN J. CAMPBELL
                                               Clerk of Court